

FILED
CLERK, U.S. DISTRICT COURT
MAY 20 2019
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  Case No.: 13-CR-397 MWF
        Plaintiff, ) ORDER OF DETENTION PENDING
     v. ) FURTHER REVOCATION
Jose Lopez Jr. ) PROCEEDINGS
) (FED. R. CRIM. P. 32.1(a)(6); 18
) U.S.C. § 3143(a)(1))
        Defendant. )

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:
    (✓)  information in the Pretrial Services Report and Recommendation
    (✓)  information in the violation petition and report(s)
    (✓)  the defendant's nonobjection to detention at this time
    ( )  other: _____

1

and/ or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(✓) information in the Pretrial Services Report and Recommendation
( ) information in the violation petition and report(s)
(✓) the defendant's nonobjection to detention at this time
( ) other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 5/20/19

_____
SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE